GEORGE F. FITZPATRICK, Respondent, *v.* THE NEW YORK AND MANHATTAN BEACH RAILWAY COMPANY, Appellant.

(Submitted October 30, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 10, 1888, which affirmed a judgment in favor of

plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*William J. Kelly* for appellant.

*F. R. Coudert* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____